# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 12, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129042 & (82)(83)(84)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY BRUCE HUFFMAN,
      Defendant-Appellant.

SC: 129042
COA: 252315
Kent CC: 03-002313-AR
61st DC: 2000-SM-1326

_____/

      On order of the Court, the motions to admit James N. Horwood, Peter J. Hopkins, Tillman L. Lay and Eugene Volokh pro hac vice are GRANTED.  The motion for leave to file a brief amicus curiae is GRANTED.  The application for leave to appeal the May 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 12, 2006

_____
Clerk

p0105